| STATE OF LOUISIANA | * | NO. 2019-K-1062 |
| VERSUS | * | COURT OF APPEAL |
| RONALD SEWELL | * | FOURTH CIRCUIT |
| | * | STATE OF LOUISIANA |
| | * | |
| | * | |

* * * * * * *

**DYSART, J., DISSENTS, WITH REASONS.**

As I find the majority's reliance on *Padilla v. Kentucky*[1] to be misplaced, I respectfully dissent.

The defendant in *Padilla*, who was born in Honduras, had been in this country legally for forty years. Padilla's attorney was aware of these facts and advised him that based on his long-standing presence in the United States, he would not be deported. Mr. Padilla relied on this advice, pled guilty, which made him eligible for deportation.

In this case, none of the defense attorneys or the court had any knowledge of Mr. Sewell's standing as a Jamaican national. In fact, records from previous arrests indicate that he was born in Pennsylvania.

Accordingly, based on the facts of this case and the distinguishable facts of *Padilla,* I would grant the State's writ, and the relief requested.

---

[1] 559 U.S. 356, 130 S.Ct. 1473 (2010).